UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RILLITO RIVER SOLAR LLC dba ECOFASTEN SOLAR, an Arizona limited liability company,<br><br>            Plaintiff,<br><br>    vs.<br><br>WENCON DEVELOPMENT INC. dba QUICK MOUNT PV, a California corporation<br><br>            Defendant. | Case Number: 4:17-cv-06739-JSW<br><br>JOINT NOTICE OF SETTLEMENT |

    Plaintiff Rillito River Solar LLC dba EcoFasten Solar ("EcoFasten") and defendant Wencon Development Inc. dba Quick Mount PV ("Quick Mount PV") file this joint notice in response to the Court's Order Regarding Status of Settlement (Dkt. #87). The parties are in the process of negotiating the content of the final settlement documentation, a task that they expect will be complete by May 31, 2019. The parties appreciate the Court's patience and will submit a final stipulation and proposed order for dismissal no later than May 31, 2019.

Dated: April 26, 2019    /s/ Sean J. O'Hara
                         Counsel for Plaintiff


Dated: April 26, 2019.   /s/ Charles L. Thoeming
                         Counsel for Defendant

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE

I certify that on April 26, 2019, I electronically transmitted the foregoing to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following:

Charles L. Thoeming
Ascendant IP
3443 Golden Gate Way, Suite H
Lafayette, California 94549
cthoeming@ascendantip.com
*Attorneys for Defendant*


 /s/ Patricia Werner