UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RILLITO RIVER SOLAR LLC dba ECOFASTEN SOLAR, an Arizona limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>WENCON DEVELOPMENT INC. dba QUICK MOUNT PV, a California corporation<br><br>Defendant. | Case Number: 4:17-cv-06739-JSW<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE |

Plaintiff Rillito River Solar LLC dba EcoFasten Solar ("EcoFasten") and defendant Wencon Development Inc. dba Quick Mount PV ("Quick Mount PV") hereby stipulate that all claims and counterclaims in the above-captioned matter be dismissed, with prejudice, each party to bear its own fees and costs.

Dated: June 4, 2019            *s/ Sean J. O'Hara*
                                                Counsel for Plaintiff

Dated: June 4, 2019.           *s/ Charles L. Thoeming (w/ permission)*
                                                Counsel for Defendant

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____

                                          UNITED STATES DISTRICT/MAGISTRATE JUDGE

## **CERTIFICATE OF SERVICE**

    I certify that on June 4, 2019, I electronically transmitted the foregoing to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following:

Charles L. Thoeming  
Ascendant IP  
3443 Golden Gate Way, Suite H  
Lafayette, California 94549  
cthoeming@ascendantip.com  
*Attorneys for Defendant*

  *s/ Patricia Werner*