UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RILLITO RIVER SOLAR LLC dba ECOFASTEN SOLAR, an Arizona limited liability company,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>WENCON DEVELOPMENT INC. dba QUICK MOUNT PV, a California corporation<br><br>　　　　Defendant. | Case Number: 4:17-cv-06739-JSW<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER THEREON |

　　　Plaintiff Rillito River Solar LLC dba EcoFasten Solar ("EcoFasten") and defendant Wencon Development Inc. dba Quick Mount PV ("Quick Mount PV") hereby stipulate that all claims and counterclaims in the above-captioned matter be dismissed, with prejudice, each party to bear its own fees and costs.

Dated: June 4, 2019　　　　　　　　　*s/ Sean J. O'Hara*
　　　　　　　　　　　　　　　　　　Counsel for Plaintiff

Dated: June 4, 2019.　　　　　　　　*s/ Charles L. Thoeming (w/ permission)*
　　　　　　　　　　　　　　　　　　Counsel for Defendant

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:   June 4, 2019

_____
UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE